UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLORADO

Civil Action Number 1:10-cv-01192-ZLW-MJW

ERIC VOGT,

                Plaintiff,

v.

ECHOSTAR COMMUNICATIONS CORPORATION,
ECHOSPHERE L.L.C.,
ECHOSTAR SATELLITE L.L.C.,
DISH NETWORK CORPORATION, and
DISH NETWORK L.L.C.,

                Defendants.

**ORDER GRANTING STAY OF THIS ACTION PENDING
COMPLETION OF ARBITRATION**

UPON CONSIDERATION of the parties' Joint Motion to Compel Arbitration, and good cause appearing therefore,

IT IS HEREBY ORDERED that the parties shall proceed to arbitration in accordance with the terms of their agreement, and

IT IS FURTHER ORDERED that this action is hereby administratively closed pursuant to D.C. COLO. L. Civ. R. 41.2, unless and until this action is reopened for good cause shown.

DATED this 21st day of July, 2010.

BY THE COURT:

_____
United States District Court Judge